Brian V. Gerd
360 K Street, Suite 200
Anchorage, AK 99501
Phone: (907) 276-5727
Fax: (907) 276-2953
bgerd@richmondquinn.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ENERSYS DELAWARE INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> KAKTOVIK ENTERPRISES, LLC and ) <br> MARSH CREEK, LLC, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:19-cv-00186-SLG |

### **AFFIDAVIT OF KRISTINE A. HAMANN REGARDING PROOF OF SERVICE**

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

I, Kristine A. Hamann, being first duly sworn, depose and state as follows:

1. I am a legal assistant with the law firm of Richmond & Quinn who represent Enersys Delaware, Inc. in this matter.

2. Attached as Exhibit 1 is the return of service on Kaktovik Enterprises, LLC c/o Matthew Rexford as registered agent, Box 73, Kaktovik, Alaska 99747.

3. The original summons and complaint were served.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Kristine A. Hamann

SUBSCRIBED and SWORN TO before me this 26th day of July 2019.



_____
Notary Public in and for Alaska
My Commission Expires: 5/22/2022

LAW OFFICES
**RICHMOND & QUINN**
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953

AFFIDAVIT OF KRISTINE A. HAMANN REGARDING PROOF OF SERVICE
*EnerSys v. Kaktovik Enterprises, LLC, et al.* Case No. 3:19-cv-00186-SLG
Page 2 of 2